IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ALEXANDER RODRIGUEZ, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO.: CV206-019 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed a "Timely Notice of Preservation of Blakely/Booker Claim Pursuant a Writ of Habeas Corpus." As this "notice" presents no issue for the Court to rule upon, the Clerk is authorized and directed to close this civil action.

**SO ORDERED**, this _15_ day of _Feb._, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)